BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: RESPIMAT PHARMACEUTICALS ANTITRUST LITIGATION | MDL No. |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| Ex. | Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| A | Plaintiff: Massachusetts Laborers' Health & Welfare Fund<br><br>Defendants: Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim International GmbH | District of Massachusetts | 1:24-cv-10565 | Denise J. Casper |
| B | Plaintiffs: 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund<br><br>Defendants: Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim International GmbH | District of Connecticut | 3:24-cv-00783 | Alvin W. Thompson |